# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

155565 (20)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH KARL WILLIAMS,
      Defendant-Appellant.

SC: 155565
COA: 336612
Wayne CC: 93-002575-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's February 20, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018

Clerk

t0423